# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 19, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129705

EDDIE LEE THOMPSON,
        Plaintiff-Appellant,

v

MICHIGAN DEPARTMENT OF
CORRECTIONS,
        Defendant-Appellee.

_____

SC: 129705
COA: 261370

On order of the Chief Justice, the application for leave to appeal filed October 18, 2005 is DISMISSED for failure to pursue the case in conformity with the order of February 11, 2004 in *Thompson v Department of Corrections* No. 125332. That order provided that further appeals were not to be filed until the full entry fee in that case was paid. Following entry of that order, plaintiff-appellant paid the partial filing fee on March 3, 2004. Because the full entry fee in case 125332 has not been paid, this appeal is dismissed.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 19, 2005

Clerk